# IN THE SUPREME COURT OF THE STATE OF NEVADA

TRE RONDEL MILLER,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 76229

**FILED**

JUL 2 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying in part and granting in part a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying in part and granting in part appellant's petition on April 13, 2018. The district court served notice of entry of that order on appellant on April 19, 2018. Appellant did not file the notice of appeal, however, until June 21, 2018, well after the expiration of the thirty-day appeal period prescribed by NRS 34.575. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-28778

cc: Hon. Tierra Danielle Jones, District Judge
Tre Rondel Miller
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk